

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00003-CR

Adam **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR11264
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 4, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice